# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED DARNELL DANIELS<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>O. ALVARADO, et al.<br><br>　　　　　　　　　　　Defendants. | CASE NO. 07cv1822 JM(POR)<br><br>SCHEDULING ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

The court sets the following schedule on Plaintiff's Motion for Summary Judgment: Defendants shall file and serve their opposition no later than May 8, 2009 and Plaintiff may file and serve a reply brief no later than May 29, 2009. At that time, pursuant to Local Rule 7.1(d)(1), the matter will be taken under submission without oral argument.

**IT IS SO ORDERED.**

DATED: April 13, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties