# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED DARNELL DANIELS<br><br>                              Plaintiff,<br>   vs.<br><br>O. ALVARADO, et al.<br><br>                              Defendants. | CASE NO. 07cv1822 JM(POR)<br><br>ORDER DENYING MOTION FOR SUMMARY JUDGMENT |

In this civil rights action brought pursuant to 28 U.S.C. §1983, Plaintiff Ted Darnell Daniels moves for summary judgment on his Eighth Amendment Claim that Defendants used excessive force. The only basis for the motion for summary judgment is Plaintiff's argument that this court denied Defendant's motion to dismiss the First Amended Complaint and therefore there is no genuine issue of material facts. Plaintiff fails to submit any evidence in support of his motion.[1]

The moving party on a motion for summary judgment bears the initial burden of informing the court of the basis for its motion and identifying those portions of the file which it believes demonstrates the absence of a genuine issue of material fact. Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986). On a motion for summary judgment, when "'the moving party bears the burden of proof at trial, it must come forward with evidence which would entitle it to a directed verdict if the evidence

---

[1] The court notes that the unverified complaint is not admissible to support Plaintiff's motion for summary judgment. Moran v. Selig, 447 F.3d 748 (9th Cir. 2006).

1 were uncontroverted at trial.'" <u>Houghton v. South</u>, 965 F.2d 1532, 1536 (9th Cir. 1992) (emphasis
2 in original) (quoting <u>International Shortstop, Inc. v. Rally's, Inc.</u>, 939 F.2d 1257, 1264-65 (5th Cir.
3 1991), <u>cert. denied</u>, 502 U.S. 1059 (1992)).

4     Here, Plaintiff's failure to submit any evidence in support of his motion is fatal to his motion for summary judgment brought pursuant to Fed.R.Civ.P. 56.  Consequently, the court denies the motion for summary judgment.

**IT IS SO ORDERED.**

DATED:  August 6, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:    All parties