UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED DARNELL DANIELS,<br><br>      Plaintiff,<br><br>  v.<br><br>O ALVARADO, Correctional Officer; M HARRIS, Correction Officer; A ROBERTS, Correction Officer; W MITCHELL, Correction Officer-Sergeant;,<br><br>      Defendants. | Civil No. 07-cv-1822-JM (POR)<br><br>**ORDER GRANTING APPLICATION TO DEPOSE PLAINTIFF, AN INCARCERATED INDIVIDUAL**<br><br>**[Doc. 41]** |

On October 19, 2009, Defendants filed an Ex Parte Application seeking leave to depose Plaintiff, who is currently incarcerated by the California Department of Corrections and Rehabilitation. In accordance with Federal Rule of Civil Procedure 30(a)(2), and for good cause appearing, the application is GRANTED. Defendants may depose Plaintiff in accordance with the Federal Rules of Civil Procedure and the institution's rules and regulations.

**IT IS SO ORDERED.**

DATED: October 21, 2009

                  _____
                  LOUISA S PORTER
                  United States Magistrate Judge

cc:  The Honorable Jeffrey T. Miller
    All parties