# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED DARNELL DANIELS<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>O. ALVARADO, et al.<br><br>　　　　　　　　Defendants. | CASE NO. 07cv1822 JM(POR)<br><br>ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER DENYING APPOINTMENT OF COUNSEL |

On or about November 16, 2009 the court received from Plaintiff a declaration requesting reconsideration of this court's August 7, 2009 order denying his motion for appointment of counsel. Reconsideration is generally appropriate where "the district court (1) is presented with newly discovered evidence, (2) clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law. . . . There may also be other, highly unusual circumstances warranting reconsideration." School Dist. N. 1J Multnomah Cty. v. ACandS, Inc., 5 F.3d 1255, 1263 (1993).

Here, the court denies the motion because Plaintiff fails to identify any newly discovered evidence, manifest injustice, or change in law. Consequently, the motion for reconsideration is denied.

**IT IS SO ORDERED.**

DATED: November 17, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties